**Order entered July 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00651-CV

### ANDREW WHITE, CHELSEA BALESTRA, WESLEY MURRAY, DAVID GAWLAS, AND BENJAMIN LORD, Appellants

### V.

### NATIONAL HEALTH INVESTORS AND NHI-REIT OF AXEL LLC, Appellees

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-18-07841**

## ORDER

Before the Court is the July 23, 2019 unopposed motion of appellee NHI-REIT of Axel LLC for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to August 20, 2019.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE